# Exhibit A

ATTORNEY'S NAME:  Sherman, Matthew A 32687
AND ADDRESS:  1 Galleria Blvd Ste 1100 , Metairie, LA 70001

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2017-12476    DIVISION: F    SECTION: 07

### ST. CHARLES SURGICAL HOSPITAL, L.L.C.

Versus

### LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS/BLUE SHIELD OF LOUISIANA ET AL

### CITATION

TO:  LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS/BLUE SHIELD OF LOUISIANA
THROUGH:  ITS REGISTERED AGENT: HERSCHEL C. ADCOCK
5525 REITZ AVENUE , BATON ROUGE , LA 70809

**RECEIVED JAN 2 2 2018 LEGAL AFFAIRS**

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Breach of Contract

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA January 9, 2018**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Damien Brown, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within | On this ____ day of _____ served a copy of the within |
| **Petition for Breach of Contract** | **Petition for Breach of Contract** |
| ON LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS/BLUE SHIELD OF LOUISIANA | ON LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS/BLUE SHIELD OF LOUISIANA |
| THROUGH: ITS REGISTERED AGENT: HERSCHEL C. ADCOCK | THROUGH: ITS REGISTERED AGENT: HERSCHEL C. ADCOCK |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS/BLUE SHIELD OF LOUISIANA** being absent from the domicile at time of said service. |
| _____ No. ____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | |
| PAPER / RETURN | Returned the same day |
| _____ / _____ / _____ | _____ No. ____ |
| SERIAL NO.   DEPUTY   PARISH | Deputy Sheriff of _____ |

ID: 9821564    Page 1 of 1

FILED

2017 DEC 29 A 11: 26

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CIVIL DISTRICT COURT

NO. 2017-12476

DIVISION: " F "

/7

ST. CHARLES SURGICAL HOSPITAL, L.L.C.

VERSUS

LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS/BLUE SHIELD OF LOUISIANA AND BLUE CROSS & BLUE SHIELD OF LOUISIANA, INC.

FILED:_____     _____
                                       DEPUTY CLERK

## PETITION

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, ST. CHARLES SURGICAL HOSPITAL, L.L.C. (hereinafter "Plaintiff"), a limited liability company which is licensed to do and doing business in the Parish of Orleans, State of Louisiana, who respectfully represents that:

### PARTY DEFENDANTS

Made defendants herein are:

A. LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, D/B/A BLUE CROSS/BLUE SHIELD OF LOUISIANA, a Louisiana corporation licensed to do and doing business in this Parish and this State; and

B. BLUE CROSS & BLUE SHIELD OF LOUISIANA, INC., a Louisiana corporation licensed to do and doing business in this Parish and this State.

The aforementioned defendants are hereinafter collectively referred to as "Defendants".

### NATURE OF ACTION

1. This matter arises out of Defendants' violation of La. R.S. 40:2010.

2. La. R.S. 40:2010, in pertinent part, states:

> *"No insurance company, employee benefit trust, self-insurance plan, or other entity which is obligated to reimburse the individual or to pay for him or on his behalf the charges for the services rendered by the hospital shall pay those benefits to the individual when the itemized statement submitted to such entity clearly indicates that the individual's rights to those benefits have been assigned to the hospital. When any insurance company, employee benefit trust, self-insurance plan, or other entity has notice of such assignment prior to such payment, any payment to the insured shall not release said entity from liability to the hospital to which the benefits have been assigned, nor shall such payment be a defense to any action by the hospital against that entity to collect the assigned benefits."*

1

3. Despite receiving notice that patients of Plaintiff (hereinafter collectively, the "Patients"), and insureds of Defendants, executed an Assignment of Benefits in favor of Plaintiff, Defendants issue payment directly to the Patients.[1]

4. Despite efforts by Plaintiff to amicably resolve this issue, Plaintiff's entreaties have been to no avail.

## VENUE AND JURISDICTION

5. Venue is proper in this matter pursuant to La. C.C.P. arts. 42, 74 and 76.1. Defendants are entities doing substantial business in Louisiana.

## STATEMENT OF FACTS

6. On or about the date of treatment, the Patients of Plaintiff execute an Assignment of Benefits in accordance with La. R.S. 40:2010, authorizing direct payment to the Plaintiff for all insurance and/or other plan or other health benefits that would have otherwise been payable to the Plaintiff.

7. The Patients are insureds of Defendants.

8. Prior to any payment being issued by Defendants, Plaintiff provides Defendants with notice of the Assignment of Benefits executed by the Patients.

9. Despite receiving such notice, Defendants have issued payments directly to the Patients.

11. Despite efforts by Plaintiff to amicably resolve this issue, Plaintiff's entreaties have been to no avail.

12. As of this date, the amount Defendants owe Plaintiff is approximately $411,761.40.

## CAUSE OF ACTION – VIOLATION OF LA. R.S. 40:2010

13. As a result of the foregoing, Defendants have violated La. R.S. 40:2010, and are liable to Plaintiff for approximately $411,761.40, plus judicial interest and any other damages permitted by this Honorable Court.

---

[1] Plaintiff has a comprehensive list/spreadsheet of each claim relevant to this proceeding, which includes the subscriber identification number, patient name, date of service, paid amount and date of payment. Plaintiff will provide Defendants counsel with this information upon counsel enrolling in this matter. This spreadsheet is not attached to this Petition out of an abundance of caution to protect any patient information.

2

## JURY DEMAND

14. Plaintiff asserts that its damages exceed that necessary for a trial by jury, and therefore, request a jury trial.

## PRAYER

WHEREFORE, Plaintiff prays that Defendants be served with a copy of this Petition, and after all legal delays and due proceeding had before a jury, there be judgment in favor of Plaintiff and against Defendants, jointly and solidarily, for the amount of damages proved at trial, together with legal interest, all costs of these proceedings, and for all other relief, including, but not limited to, attorneys' fees, as are appropriate.

Respectfully submitted,

**CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, L.L.P.**

JAMES M. WILLIAMS (BRN 26141)
DAVID R. SHERMAN (BRN 12015)
DANIEL E. BURAS, JR. (BRN 26226)
MATTHEW A. SHERMAN (BRN 32687)
PATRICK R. FOLLETTE (BRN 34547)
One Galleria Blvd., Suite 1100, Metairie, LA 70001
P. O. Box 931, Metairie, LA 70004-0931
Telephone: (504) 833-5600
Fax: (504) 833-8080
*ATTORNEYS FOR PLAINTIFF*

**PLEASE SERVE:**

**LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS/BLUE SHIELD OF LOUISIANA**
Through its registered agent:
Herschel C. Adcock
5525 Reitz Avenue
Baton Rouge, Louisiana 70809

**BLUE CROSS & BLUE SHIELD OF LOUISIANA, INC.**
Through its registered agent:
Herschel C. Adcock
5525 Reitz Avenue
Baton Rouge, Louisiana 70809

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILED
2017 DEC 29  A 11: 26
CIVIL
DISTRICT COURT

NO.                                                                                    DIVISION: "      "

ST. CHARLES SURGICAL HOSPITAL, L.L.C.

VERSUS

LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS/BLUE SHIELD OF LOUISIANA AND BLUE CROSS & BLUE SHIELD OF LOUISIANA, INC.

FILED:_____       _____
                                                                                    DEPUTY CLERK

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, who makes the following requests:

1.

Pursuant to LSA-C.C.P. Article 1572, Plaintiff requests written notice ten (10) days in advance of the date fixed for the trial or hearing on any exceptions, motions or rules on the merits of the captioned matter.

2.

Pursuant to LSA-C.C.P. Articles 1913 and 1914, Plaintiff requests immediate notice of all interlocutory and final orders and judgments on any exceptions, motions or rules on the merits of the captioned suit.

**WHEREFORE**, the premises considered, Plaintiff requests that it be furnished with the above specified information.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Respectfully submitted,

**CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, L.L.P.**

_____
JAMES M. WILLIAMS (BRN 26141)
DAVID R. SHERMAN (BRN 12015)
DANIEL E. BURAS, JR. (BRN 26226)
MATTHEW A. SHERMAN (BRN 32687)
PATRICK R. FOLLETTE (BRN 34547)
One Galleria Blvd., Suite 1100, Metairie, LA 70001
P. O. Box 931, Metairie, LA 70004-0931
Telephone: (504) 833-5600
Fax: (504) 833-8080
*ATTORNEYS FOR PLAINTIFF*

5