## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES SURGICAL<br>HOSPITAL, L.L.C.<br><br>VERSUS<br><br><br>LOUISIANA HEALTH SERVICE &<br>INDEMNITY COMPANY D/B/A BLUE<br>CROSS/BLUE SHIELD OF<br>LOUISIANA AND BLUE CROSS<br>& BLUE SHIELD OF LOUISIANA,<br>INC. | *<br>*<br>*<br>*<br>*<br>*<br>*CIVIL ACTION NO. 2:18-cv-01861-ILRL-JCW<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*

## JOINT NOTICE OF SETTLEMENT

Plaintiff, St. Charles Surgical Hospital, L.L.C., files this Joint Notice of Settlement to advise the Court that the parties met, conferred, and arrived at a mutually agreeable resolution of the claims contained within the above-captioned matter and/or pleadings only.  Plaintiff specifically reserves its rights to ensure the subject settlement does not prejudice or affect, in any way, the other pending litigation[1] between these parties or any other claims not specifically encompassed or described in this settlement.

The parties respectfully request the Court enter a sixty (60) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected. Upon completion of settlement, the parties shall file a Joint Stipulation of Dismissal with Prejudice within fourteen (14) days.

---

[1] "**Other Pending Litigation**" means, collectively, the suit in which SCSH is a plaintiff and/or appellee and BCBSLA is a defendant and/or appellent bearing docket no. 20-30093 in the United States Court of Appeals for the Fifth Circuit, docket no. 2:19-cv-13497 in the United States District Court for the Eastern District of Louisiana, and docket no. 17-1095 in the Civil District Court for the Parish of Orleans.

Respectfully submitted,

**CHEHARDY, SHERMAN, WILLIAMS,
MURRAY, RECILE, STAKELUM & HAYES,
L.L.P.**

/s/ *Patrick R. Follette*
JAMES M. WILLIAMS (BRN 26141)
DAVID R. SHERMAN (BRN 12015)
DANIEL E. BURAS, JR. (BRN 26226)
MATTHEW A. SHERMAN (BRN 32687)
PATRICK R. FOLLETTE (BRN 34547)
One Galleria Blvd., Suite 1100, Metairie, LA 70001
P. O. Box 931, Metairie, LA 70004-0931
Telephone: (504) 833-5600
Fax: (504) 833-8080
*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

/s/ *Patrick R. Follette*
**PATRICK R. FOLLETTE**

2