UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ST. CHARLES SURGICAL HOSPITAL, L.L.C.** | \* <br> \* <br> \* <br> \* |
| **VERSUS** | \* <br> \* <br> \*CIVIL ACTION NO. 2:18-cv-01861-ILRL-JCW <br> \* |
| **LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS/BLUE SHIELD OF LOUISIANA AND BLUE CROSS & BLUE SHIELD OF LOUISIANA, INC.** | \* <br> \* <br> \* <br> \* <br> \* <br> \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*

**ORDER**

Considering the foregoing Joint Notice of Settlement;

**IT IS ORDERED** that the parties have a sixty (60) days to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected. Upon completion of settlement, the parties shall file a Joint Stipulation of Dismissal with Prejudice within fourteen (14) days.

New Orleans, Louisiana, this _____day of _____, 2020.

_____
**THE HONORABLE IVAN L. R. LEMELLE**
*UNITED STATES DISTRICT JUDGE,*
*EASTERN DISTRICT OF LOUISIANA*

1