**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


ST. CHARLES SURGICAL                          CIVIL ACTION
HOSPITAL, L.L.C.


VERSUS                                         NO. 18-1861


LOUISIANA HEALTH SERVICE &
INDEMNITY COMPANY, ET AL.                      SECTION: "B"(2)


<u>ORDER</u>

Considering the parties' joint motion for an extension of time to perfect the settlement agreement (Rec. Doc. 45),

**IT IS ORDERED** that the motion is **GRANTED**. The parties shall finalize and conclude the terms of the settlement, saving jurisdiction over this matter should settlement not be perfected, no later than **August 26, 2020**;

**IT IS FURTHER ORDERED** that upon completion of the settlement, the parties shall file a joint stipulation of dismissal, with prejudice, within fourteen (14) days after completion.

New Orleans, Louisiana this 23rd day of July, 2020


_____
SENIOR UNITED STATES DISTRICT JUDGE